UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Keith Fisher,                                                   Civ. No. 07-3822 (PAM/AJB)

               Petitioner,

v.                                                         **ORDER**

Bureau of Prisons,

               Respondent.

---

This matter is before the Court on Petitioner's Motion to Withdraw Appeal.

On all the files, record, and proceedings herein, **IT IS HEREBY ORDERED** that Petitioner's Motion to Withdraw Appeal (Docket No. 11) is **GRANTED**.

Dated: November 29, 2007

                                                            s/ Paul A. Magnuson
                                                            Paul A. Magnuson
                                                            United States District Court Judge